IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **BENJAMIN ROBERTO CUPO**<br>         **Third-Party Plaintiff** | § § § § | |
| **vs.** | § § § § § | |
| **TRAVELERS HOME AND**<br>**MARINE INSURANCE**<br>**COMPANY**<br>**Third-Party Defendant** | § § § § | **CIVIL ACTION NO.** __6:24-CV-49__ |

## NOTICE OF REMOVAL

Third-Party Defendant Travelers Property Travelers Home and Marine Insurance Company ("Travelers" or "Third-Party Defendant"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the captioned action Cause Number 24-01-90678-AA, *Benjamin Robert Cupo v. Travelers Home and Marine Insurance Company*, 24th Judicial District Court of Victoria County, Texas. In support of this Notice of Removal, Travelers respectfully represents the following:

1. Third-Party Plaintiff Benjamin Roberto Cupo ("Cupo" or "Third-Party Plaintiff") commenced the captioned action by filing Third-Party Plaintiff's Original Third-Party Petition against Travelers on September 11, 2024, in the 24th Judicial District Court of Victoria County, Texas (the "Petition"). [*See* Exhibit "A" attached hereto and incorporated herein by reference as if set forth verbatim, that being a true and correct copy of *Third-Party Plaintiff, Benjamin Robert Cupo's, Original Third-Party Petition* in Cause Number 24-01-90678-AA, *Benjamin Robert Cupo v. Travelers Home and Marine Insurance Company,* in the 24th Judicial District Court of Victoria County, Texas].

2. A copy of all process, pleadings, orders, and the docket sheet in the state court action are filed herewith. [*See* Exhibit "B" attached hereto and incorporated herein by reference as if set forth verbatim, that being a true and correct copy of documents from the State Court's file: (1) Third-Party Plaintiff, Benjamin Robert Cupo, Original Third-Party Petition Against Travelers Home and Marine Insurance Company, filed 9/11/24; (2) Third-Party Defendant Travelers Home and Marine Insurance Company's Original Answer, filed 10/28/2024; (3) Order of Severance executed on 12/05/2024; (4) and Victoria County Docket Sheet.]

3. The Third-Party Petition alleges that Third-Party Plaintiff is a resident of Victoria, Vitoria County, Texas. [Third-Party Petition, Ex. A, at ¶2]. The Third-Party Petition alleges that on or about September 23, 2022, the vehicle driven by Benjamin Robert Cupo was struck by a vehicle driven by Nina Rodriguez. [*Id.* ¶9]. Nina Rodriquez claimed property damage and bodily injuries as a result of this accident. [*Id.*]

4. Third-Party Plaintiff alleges Travelers Home and Marine Insurance Company owes Third-Party Plaintiff indemnity and defense to claims brought against Third-Party Plaintiff by Nina Rodriguez. [*Id.* at ¶11].

5. Third-Party Petition alleges that Nina Rodriguez suffered $22,100.23 in property damages. [Third-Party Petition, Ex. A, at ¶9]. Nina Rodriguez also seeks relief over $250,000-$1,000,000 of which Third-Party Plaintiff Benjamin Cupo seeks a defense and indemnification. [Plaintiff Nina Rodriguez's Required Disclosures Ex B(5)].

6. Third Party Plaintiff assert the following causes of action against Travelers Home and Marine Insurance Company:

    a. Declaratory Judgment declaring that Travelers policy is binding and fully enforceable; [Third-Party Petition, Ex. A, at ¶16].

    b. Declaratory Judgment declaring that Travelers owes a duty to provide a defense and indemnity [*Id.*].

7. Third-Party Defendant does not admit the underlying facts as alleged by Plaintiff or as summarized above. Further, Third-Party Defendant expressly denies that it has any liability to Plaintiff.

## A.
## THIS REMOVAL IS TIMELY.

8. Nina Rodriguez filed suit against Benjamin Cupo on January 23, 2024.

9. On September 11, 2024, Benjamin Cupo filed a Third-Party Petition against Travelers after obtaining Motion for Leave on August 27, 2024.

10. Third-Party Defendant Travelers was served on October 4, 2024.

11. Third-Party Defendant Travelers filed its answer on October 28, 2024.

12. The Court granted Third-Party Defendant Travelers' on December 5, 2024.

13. This Notice of Removal is filed within 30 days of "receipt by the Third-Party Defendant, through service or otherwise, of a copy of an amended pleading, motion or other paper from which it may first be ascertained that the case is one which is or has become removable" and is therefore timely under 28 U.S.C. Section 1446(b)(3). Further, the Notice of Removal is filed less than a year after the commencement of the action under 28 U.S.C. Section 1446(c)(1).

## B.
## THE COURT HAS SUBJECT MATTER JURISDICTION

14. Removal is proper because there is complete diversity between the parties and more than $75,000 are pleaded as damages. 28 U.S.C. §§ 1332(a); *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899-900 (9th Cir. 2006).

**1.**
**There is complete diversity of citizenship between the parties.**

15. The Third-Party Petition avers that Plaintiff resides in Victoria County, Texas. [Third-Party Petition, Ex. A, at ¶2]. Upon information and belief, Third-Party Plaintiff is a Texas citizen.

16. The Third-Party Petition alleges that Third-Party Defendant is a corporation that can be served by serving the registered agent Corporation Service Company at its registered off at 211 East 7th Street, Suite 620, Austin, Texas 78701-3218. [Third-Party Petition, Ex. A., at ¶ 3]. Third-Party Defendant Travelers Indemnity Company is a foreign entity and citizen of the state of Connecticut.

**2.**
**There is more than $75,000.00 in controversy.**

17. Third-Party Plaintiff alleges that he is seeking monetary relief through indemnification over $1,000,000. [Third-Party Petition, Ex. A, at ¶ 19].

18. Accordingly, the amount in controversy exceeds $75,000, excluding interests and costs. 28 U.S.C. § 1332(a); *Andrews v. E.E. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006).

**C.**
**VENUE IS PROPER IN THIS COURT.**

19. Venue is proper in this district court under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this District.

20. For these reasons, Travelers Indemnity Company asks this Court to remove the suit to the United States District Court for the Southern District of Texas — Victoria Division.

## **REMOVAL PROCEDURE**

21. The Clerk of Victoria County has been provided notice of this removal.

22. Pursuant to Rule 81, copies of the following documents are attached:

a. a completed civil cover sheet;

c. an index of all documents that clearly identifies each document and indicates the date the document was filed in state court;

d. all pleadings filed in the state court action;

e. certificate of interested persons.

WHEREFORE, Third-Party Defendant Travelers Property Travelers Home and Marine Insurance Company provides notice that this action is duly removed.

Respectfully submitted,

*/s/ Rachel R. Hancock*
Rachel R. Hancock
Federal ID No. 926864
Texas Bar No: 24062977
rhancock@lawla.com
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:   (713) 222-1996
**ATTORNEY FOR TRAVELERS HOME AND MARINE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2024, a copy of the foregoing has been served upon all counsel of record in this action by ECF Filing and/or facsimile and/or email to:

*Via E-File*

Micah W. Hatley
WALKER KEELING LP
101 W. Goodwin Ave., Ste. 400
Victoria, Texas 77901
Email: mhatley@walkerkeeling.com, MWhitfield@walkerkeeling.com
***Attorney For Benjamin Robert Cupo***

                                          */s/ Rachel R. Hancock*
                                          Rachel R. Hancock